FILED
2017 Jun-08 AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

FILED

2017 JUN -7 A II: 26

U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No. 2:17 CV 050-JHE

*(to be filled in by the Clerk's Office)*

Joel Lewis Jr.

**Plaintiff**

*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

-v-

Mike Jaye,
Don Gordon, Steve Reynolds.

**Defendant(s)**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mike Jaye (Swift Lumber) |
| Street Address | Atmore, Al 36502 |
| City and County | 1450 Swift Mill Rd. |
| State and Zip Code | |
| Telephone Number | 251-~~XXX-XXXXXX XXXX~~ |
| E-mail Address | 3108-8800 |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

5·18·17
Date

Joe Lewis Jr.
Participant Signature

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name                             Don Gordon
Job or Title *(if known)*        Plant manager
Street Address                   4769 Hwy 21
City and County                  Atmore, Escambia
State and Zip Code               Al, 36502
Telephone Number                 368 - 2072
E-mail Address *(if known)*

Defendant No. 2

Name                             Steve Reynolds
Job or Title *(if known)*        Supervisor
Street Address                   4769 Hwy 21
City and County                  Atmore, Escambia
State and Zip Code               Al 36502
Telephone Number                 368 - 2072
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Swift Lumber |
| Street Address | 1450 swift milled. |
| City and County | Atmore Escambia |
| State and Zip Code | Al 36502 |
| Telephone Number | 251-368-2914 |

II.  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑     Failure to hire me.

☑     Termination of my employment.

☐     Failure to promote me.

☑     Failure to accommodate my disability.

☑     Unequal terms and conditions of my employment.

☑     Retaliation.

☑     Other acts *(specify)*:    Hazing (Peacock) behalf.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

Swift Lumber ( May 24, 2013 - May 18 2017, and so on.

C.     I believe that defendant(s) *(check one)*:

☑     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race    _____

☑    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*
      Tina made Allegations that I was
      also to tall for thier workplace.

E.    The facts of my case are as follows.  Attach additional pages if needed.

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May 18, 2017

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*   5.08.17
      *(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lot of details are missing, That I'll explain, when I get a Lawyer.

## VI.    Certification and Closing

I've been discriminated and hazed by employers of my own Town, by people who don't live here in this small town. Jobs are limited.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    May 18, 2017

Signature of Plaintiff    Joel Lewis Jr.

Printed Name of Plaintiff    Joel Lewis Jr.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.      For Attorneys**

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____

Too: Whom it may concern, my rights were violated by both of the following attached to the form. I would rather explain my case in detail with my Lawyer. As witnesses, I have the following. Stacey Jenkins, Jeremiah Jenkins, + Blake Payne. I am asking at least 5 million per case.