FILED
2017 Aug-01 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



# United States District Court

NORTHERN DISTRICT OF ALABAMA

Joel Lewis Jr.
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

-v-

Don Gordon Steve Reynolds
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No. ____________________
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff

Name: Joel Lewis Jr.
Street Address: 31 Shelby Lane
City and County: Atmore, Escambia
State and Zip Code: Alabama, 36502
Telephone Number: 251-446-3659 251-321-1443

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

This is a franchise company. Don Gordon is told to be the owner. Steve Reynolds is only the supervisor.

Defendant No. 1
Name Steve Reynolds
Job or Title Supervisor
Street Address 4769 Hwy 21
City and County Atmore Escambia
State and Zip Code Alabama 36502

Defendant No. 2
Name Ron Gordon
Job or Title Plant Manager
Street Address 4769 Hwy 21
City and County Atmore Escambia
State and Zip Code Alabama 36502

Defendant No. 3
Name
Job or Title
Street Address
City and County
State and Zip Code

Defendant No. 4
Name
Job or Title
Street Address
City and County
State and Zip Code

Defendant No. 5
Name
Job or Title
Street Address
City and County
State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question ☑ USA Defendant ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency Don Gordon, Steve Reynolds, Peacock Pavers

Address 4769 Hwy 21 Atmore, Al 34502

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment IV, VII, I spend 5 years in prison for stealing. I'done my time, paid my monies + debts to society. Steve Reynolds still doesn't acknowlege my freedom or rights.

### C. If the Basis for Jurisdiction is Diversity of Citizenship

1. The Plaintiff

The plaintiff, *(name)* Joel Lewis Jr., is a citizen of the State of *(name)* United States of America.

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation
The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.
Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at state – is more than $75,000, not counting interest and costs of court, because *(explain)*
I poured concrete for $7.50 an hour, and all my overtime was took, health problems with my teeth, bloodpressure, Gout in my feet due to heavy lifting and carrying, and emotional distress.

## III. Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

my citizenship of Peacock Pavers were denied.
So does Steve Reynolds question any Indians who come on the job as an employee.
This list could go on, But I don't have enough paper.

## IV. Relief

State Briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am suffering High blood Pressure, no medicine, tooth ache back 3 molars. no food, or food assistance. no [illegible] hygiene products, no air conditioning, no lights, water, and I can't work until I get this straightened.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1), this complaint is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2), this complaint is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3), the factual contentions in this complaint have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4), the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name Joel Last Name Lewis
Mailing Address 31 Shelby Lane
City and State Atmore, Alabama Zip Code 36502
Telephone Number 251-446-3659 251-321-1443
E-mail Address

Signature of plaintiff Joel Lewis Jr.
Date signed July 26, 2017

****OPTIONAL****

You may request to receive electronic notifications. You may not file documents or communicate with the Court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov.
- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the Court will test and verify receipt, you will be allowed to receive electronic notifications.

Submitting this request the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5 (b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

______________________________________________

Participant signature: ______________________________________________

Date:______________________________________________

Statement of Claim

I "Joel Lewis", was hired as an employee around June 23rd of 2016. Every day I was in there, Steve Reynolds made statements at me about my citizenship, or making statements about how dumb I am.

We as employees at Peacock Pavers have a privalage to work overtime. Steve Reynolds saw one paver I messed up due to the mud being too dry. "He," then took my overtime.

Even though 6 other employees made the same mistake on 27 pavers, 2 tables. He asked me who done them. I told Steve, "the mexicans. It made him mad due to earlier in the week, steve told me, the reason why I want take thier overtime is because they are perfect people. Dec. 6, 2016 Mateo and I, got in to an argue-ment. I went and told Steve. While Mateo was there, Steve said He'd take care of it. Instead he went and told a lye that

I am suing for lost wages since my date I was fired,

- medical Bills.
- emotional distress
- Cost of a new wardrobe.
- 3 pair of Jordans I had to wear due to we only made $7.50 an hour.
- An amount of $35.00 borrowed by his employees, on a promise it would be sent back to me.

~~$20,000~~ cash or check.

$5,000,000 because I don't know howmuch I'm gonna be charge for this case.

Joel Lewis Jr.
July 25, 2017

PS. Not to leave out how Steve Reynolds threatened my life.

$5,000,000
or I'll settle for
$500,000

Case# 2:17-CV-00950-RDP
Joel Lewis vs Peacock Pavers

It has been 4 months of NO employment. I've lost 3 cousins, 1 uncle, and a girlfriend. I have on my phone texts that were text to Steve Reynolds. The text were about James Lykes, and the way Don Gordon and Steve Reynolds use to speed on other employees. He "steve" replied on the text, he will see what he can do. Steve fired Jerimiah James and I, so he could rid of all darker indivisuals, Just as James Lykes warned us. And so is James Lykes the employee who made statements about my employment with no kids.
Now they have another brother as an employee, darker just as me, and he giving him pure hell now. My witnesses are, Blake Bayne, Jeremy Patterson, Jerimiah James.