IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOEL LEWIS, JR. ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 17-00431-WS-N |
| ) | |
| PEACOCK PAVERS ) | |
|     Defendant. ) | |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated October 25, 2017 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** and **ORDERED** this 4th day of December, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE