# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOEL LEWIS, JR. ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 17-00431-WS-N |
| ) | |
| PEACOCK PAVERS ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** and **ORDERED** this 4th day of December, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE